Submitted January 26—decided February 2, 1979

H. Paul Rico *v.* Commission on Special Revenue

*Joseph F. Skelley, Jr.,* and *Joel J. Rottner,* in support of the petition.

*Carl R. Ajello,* attorney general, *Edward F. Osswalt* and *Richard M. Sheridan,* assistant attorneys general, in opposition.

Submitted January 26—decided February 6, 1979

Lionel Labreche *v.* Commission on Special Revenue

The plaintiff's petition for certification for appeal from the Superior Court in the judicial district of Hartford-New Britain at Hartford is denied by the court.